## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| AT&T Services, Inc.,<br><br>             Plaintiff,<br><br>v.<br><br>Ken B. Peterson, Commissioner, Department of Labor and Industry, State of Minnesota, in his official capacity, John Aiken, Interim Director, Labor Standards, Department of Labor and Industry, State of Minnesota, in his official capacity, Tammy L. Pust, Chief Judge, Minnesota Office of Administrative Hearings, in her official capacity, and Lori Swanson, Attorney General, in her official capacity,<br><br>             Defendants. | Court File No.: 14-cv-04874 (MJD/JSM)<br><br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

This matter came on for hearing before the undersigned on December 16, 2014 pursuant to a motion, brought by Plaintiff, AT&T Services, Inc. ("AT&T") for an expedited preliminary injunction. Shirley Lerner, Doug Christensen, and Jessica Schroeder of Littler Mendelson, P.C., appeared on behalf of AT&T; Althea Huyser, of the Attorney General's Office appeared on behalf of Defendants Pust and Swanson.

The Court, based on the stipulation between the parties, and having reviewed the parties' motion filings and all other files, records, and proceedings herein, and it appearing therefrom:

2

Defendants Pust and Swanson are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: December 17, 2014                               BY THE COURT:


                                                       s/Michael J. Davis
                                                       Michael J. Davis
                                                       Chief Judge
                                                       United States District Court